B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Central District of California | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**544 San Antonio Road LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**27-1343331** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**544 San Antonio Road**<br>**Mountain View, CA**<br>ZIP Code **94040** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Santa Clara** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**3218 E. Holt Avenue**<br>**West Covina, CA**<br>ZIP Code **91791** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities,
  check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding
by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined
  in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization
  under Title 26 of the United States
  Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition
  of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition
  of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts,
  defined in 11 U.S.C. § 101(8) as
  "incurred by an individual primarily for
  a personal, family, or household purpose."
- ■ Debts are primarily
  business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must
  attach signed application for the court's consideration certifying that the
  debtor is unable to pay fee except in installments. Rule 1006(b). See Official
  Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
  attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
  are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
  in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
  there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13) <div align="right">Page 2</div>

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **544 San Antonio Road LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br> Signature of Attorney for Debtor(s)        (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ☑ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☑   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
|      _____<br>      (Name of landlord that obtained judgment) |
|      _____<br>      (Address of landlord) |
| ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)                                                                                                  Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **544 San Antonio Road LLC** |

<div align="center"><strong>Signatures</strong></div>

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

**David B. Golubchik 185520**
Printed Name of Attorney for Debtor(s)

**Levene, Neale, Bender, Yoo & Brill LLP**
Firm Name

**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
Address

**(310) 229-1234**
Telephone Number

**March 9, 2015                    185520**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Benjamin Kirk**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**March 9, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

In re     **544 San Antonio Road LLC**                                         Case No. _____

_____
Debtor

## Form 1. Voluntary Petition
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Atherton Financial Building, LLC**<br>**Central District of California** | **2:14-bk-27223-TD**<br>**Affiliate** | **09/09/14**<br>**Hon. Thomas B. Donovan** |
| **Gold River Valley, LLC**<br>**Central District** | **2:15-bk-10691-TD**<br>**Affiliate** | **01/16/15**<br>**Hon. Thomas B. Donovan** |

## RESOLUTIONS OF 544 SAN ANTONIO ROAD LLC
## AUTHORIZING FILING OF PETITION UNDER
## CHAPTER 11 OF THE BANKRUPTCY CODE

I, Benjamin Kirk, hereby certify as follows:

At a special meeting of the Members of 544 San Antonio Road LLC (the "Company"), and based on recent developments with respect to the Company, the following resolutions were duly enacted, and the same remain in full force and effect, without modification, as of the date hereof:

**RESOLVED**, that Benjamin Kirk ("Kirk") is hereby authorized to determine, based upon current and subsequent events and advice of counsel, whether it is desirable and in the best interests of the Company, its creditors, and other interested parties, that the Company file a Petition under the provisions of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code");

**FURTHER RESOLVED**, that Kirk is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 11 bankruptcy case;

**FURTHER RESOLVED**, that Kirk is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel for the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which Kirk deems necessary and proper in connection with the Company's bankruptcy case;

**FURTHER RESOLVED,** that the Company hereby retains the law offices of Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB") as bankruptcy counsel for the Company for purposes of, among other things, representing the Company in its Chapter 11 case; and

**FURTHER RESOLVED**, that Kirk is hereby authorized and directed on behalf of and in the name of the Company to execute a

pre-petition retainer agreement, and is hereby authorized and directed on behalf of and in the name of the Company to execute the Company's employment application of LNBYB as bankruptcy counsel to the Company in the Company's Chapter 11 bankruptcy case.

Dated: March 6 , 2015

544 SAN ANTONIO ROAD LLC
By: Sunshine Valley LLC, Manager

By: _____
Benjamin Kirk
Managing and Sole Member of Manager and
Authorized Agent of 544 San Antonio Road LLC

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Central District of California

In re    544 San Antonio Road LLC

Debtor(s)

Case No. _____

Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| CloudCar, Inc.<br>Attn: Linda Khachooni<br>554 San Antonio Road<br>Mountain View, CA 94040 | CloudCar, Inc.<br>Attn: Linda Khachooni<br>554 San Antonio Road<br>Mountain View, CA 94040 | Tenant - security deposit obligation | Contingent | 154,300.86 |
| Francisco Perez Construction<br>554 San Antonio Road<br>Mountain View, CA 94040 | Francisco Perez Construction<br>554 San Antonio Road<br>Mountain View, CA 94040 | | | 4,250.00 |
| Eric Melendez<br>609 Pine Street<br>Redwood City, CA 94063 | Eric Melendez<br>609 Pine Street<br>Redwood City, CA 94063 | | | 3,900.00 |
| SF Public Utilities Commission<br>525 Golden Gate Avenue, 10th Floor<br>San Francisco, CA 94102 | SF Public Utilities Commission<br>525 Golden Gate Avenue, 10th Floor<br>San Francisco, CA 94102 | | | 2,004.85 |
| A-A Lock & Alarm, Inc.<br>PO Box 909, Menlo Park<br>Menlo Park, CA 94026-0909 | A-A Lock & Alarm, Inc.<br>PO Box 909, Menlo Park<br>Menlo Park, CA 94026-0909 | | | 1,470.00 |
| Statcomm, Inc.<br>939 San Rafael Ave<br>Mountain View, CA 94043 | Statcomm, Inc.<br>939 San Rafael Ave<br>Mountain View, CA 94043 | | | 474.38 |
| Schindler Elevator Corporation<br>555 McCormick Street<br>San Leandro, CA 94577-1107 | Schindler Elevator Corporation<br>555 McCormick Street<br>San Leandro, CA 94577-1107 | | | 278.25 |
| Mills Insurance Services<br>22471 Aspan Street #200<br>Lake Forest, CA 92630 | Mills Insurance Services<br>22471 Aspan Street #200<br>Lake Forest, CA 92630 | | | 193.32 |
| Sunshine Valley, LLC<br>c/o Paracorp Incorporated<br>2804 Gateway Oaks Drive #200<br>Sacramento, CA 95833 | Sunshine Valley, LLC<br>c/o Paracorp Incorporated<br>2804 Gateway Oaks Drive #200<br>Sacramento, CA 95833 | Advances by insider | | Unknown |

B4 (Official Form 4) (12/07) - Cont.

In re   **544 San Antonio Road LLC** _____     Case No. _____

_____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **March 9, 2015** _____     Signature _____

**Benjamin Kirk**
**Manager**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Central District of California

In re    **544 San Antonio Road LLC** _____ ,

                     Debtor

Case No. _____

Chapter _____ **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Paracorp Incorporated 2804 Gateway Oaks Drive #200 Sacramento, CA 95833** | **Membership** | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____ **March 9, 2015** _____      Signature _____

                                                   **Benjamin Kirk**
                                                   **Manager**

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0**    continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                  Best Case Bankruptcy

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 19 78 has previously been filed by or against the debtor, his/her s pouse, h is o r h er current or former domestic p artner, a n af filiate o f t he de btor, an y copartnership o r jo int ve nture of wh ich d ebtor is o r fo rmerly wa s a general or limited partner, or member, or an y corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and titl e of ea ch su ch of  prior proceeding, d ate filed, na ture th ereof, th e Ba nkruptcy Judge an d co urt to wh om assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any r eal property included in Schedule A that was filed with any such prior proceeding(s).)

    **In re Gold River Valley, LLC (15-bk-10691-TD), an affiliate of the Debtor, was filed on January 16, 2015 in the United States Bankruptcy Court for the Central District of California, Los Angeles Division. The Chapter 11 case is currently before Judge Donovan.**

    **In re Atherton Financial Building, LLC (14-bk-27223-TD), an affiliate of the Debtor was filed on September 9, 2014 in the United States Bankruptcy Court for the Central District of California, Los Angeles Division. The Chapter 11 case is currently before Judge Donovan. A motion to dismiss the case and authorize distributions to creditors has been filed.**

2.  (If petitioner is a partnership or joint venture) A pe tition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None**

3.  (If petitioner is a corpo ration) A petition under the Bankruptcy Act of 18 98 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of ea ch such prior proceeding, date filed, nature of p roceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date fil ed, na ture o f proceeding, th e Bankruptcy Judge and co urt to wh om a ssigned, wh ether stil l pending, and if n ot, the disposition thereof. If n one, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **In re Gold River Valley, LLC (15-bk-10691-TD), an affiliate of the Debtor, was filed on January 16, 2015 in the United States Bankruptcy Court for the Central District of California, Los Angeles Division. The Chapter 11 case is currently before Judge Donovan.**

    **In re Atherton Financial Building, LLC (14-bk-27223-TD), an affiliate of the Debtor was filed on September 9, 2014 in the United States Bankruptcy Court for the Central District of California, Los Angeles Division. The Chapter 11 case is currently before Judge Donovan. A motion to dismiss the case and authorize distributions to creditors has been filed.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **West Covina, CA**                    , California.

Date:     **March  9, 2015**

**Benjamin Kirk**
Signature of Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                              Page 1           **F 1015-2.1.STMT.RELATED.CASES**

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)　　　　　　　　　1998 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re<br><br>**544 San Antonio Road LLC**<br><br><div align="right">Debtor.</div> | Case No.:<br><br>**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .......................................... $          **55,000.00**

   Prior to the filing of this statement I have received .......................... $           **5,000.00**

   Balance Due ................................................................................. $          **50,000.00**

2. $  **1,717.00**  of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor    ■ Other (specify):    **Benjamin Kirk funded initial $5,000.**

4. The source of compensation to be paid to me is:

   ☐ Debtor    ■ Other (specify):    **Balance of $50,000 to be paid from non-estate and non-Debtor funds**

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
      **Advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee as they pertain to the Debtor; advising the Debtor with regard to certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors; representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the Debtor is represented in such proceeding or hearing by other special counsel; conducting examinations of witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBYB's expertise or which is beyond LNBYB's staffing capabilities;  preparing and assisting the Debtor in the preparation of reports, applications, pleadings and orders including, but not limited to, applications to employ professionals, interim statements and operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of property outside the ordinary course of business; representing the Debtor with regard to obtaining use of debtor in possession financing and/or cash collateral including, but not limited to, negotiating and seeking Bankruptcy Court approval of any debtor in possession financing and/or cash collateral pleading or stipulation and preparing any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral; assisting the Debtor in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the preparation and approval of a disclosure statement in respect of the plan; and performing any other services which may be appropriate in LNBRB's representation of the Debtor during its bankruptcy case.**

Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor - (1/88)          1998 USBC, Central District of California

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services
       **Matters which are outside of LNBYB's specialization**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March  9, 2015**
*Date*

**David B. Golubchik 185520**
*Signature of Attorney*
**Levene, Neale, Bender, Yoo & Brill LLP**
*Name of Law Firm*
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
**(310) 229-1234**

---

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**David B. Golubchik**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>California State Bar Number: 185520 | FOR COURT USE ONLY |
|---|---|

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor(s):*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>       **544 San Antonio Road LLC** | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(d)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(d), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __March  9, 2015__

_____
Debtor's signature

Date: __March  9, 2015__

_____
Joint Debtor's signature (if applicable)

Date: __March  9, 2015__

_____
Attorney's signature (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*                                                                     **F 1007-1.MAILING.LIST.VERIFICATION**

544 San Antonio Road LLC
3218 E. Holt Avenue
West Covina, CA 91791


David B. Golubchik
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067


Office of the U.S. Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017


A-A Lock & Alarm, Inc.
PO Box 909, Menlo Park
Menlo Park, CA 94026-0909


Chang Minyu J
803 Pilgrim Loop
Fremont, CA 94539


CloudCar, Inc.
Attn: Linda Khachooni
554 San Antonio Road
Mountain View, CA 94040


Eric Melendez
609 Pine Street
Redwood City, CA 94063


Franchise Tax Board
Special Procedures
POB 2952
Sacramento, CA 95812

Francisco Perez Construction
554 San Antonio Road
Mountain View, CA 94040


George Eshoo
702 Marshall Street #500
Redwood City, CA 94063


Great Vista Real Estate
126 Atherton Avenue
Atherton, CA 94027


HT 2011 REO Management LLC
1181 Spring Hill Way
San Jose, CA 95120


Huesing Holdings LLC
8 Aristotle
Irvine, CA 92603


Internal Revenue Service
Insolvency I Stop 5022
300 N. Los Angeles St., #4062
Los Angeles, CA 90012-9903


JD Brothers LLC
530 Showers Drive, Suite 7-315
Mountain View, CA 94040


Jean Hung
Jean Hung c/o D.H. Services, Inc.
156 Bay View Drive
San Carlos, CA 94070

Mills Insurance Services
22471 Aspan Street #200
Lake Forest, CA 92630


Preferred Bank
6500 Wilshire Blvd., 17th Floor
Los Angeles, CA 90048


SANTA CLARA TAX COLLECTOR
County Gov Bld., East Wing, 5th Flr
70 W HEDDING ST.
San Jose, CA 95110


Schindler Elevator Corporation
555 McCormick Street
San Leandro, CA 94577-1107


SF Public Utilities Commission
525 Golden Gate Avenue, 10th Floor
San Francisco, CA 94102


Shih Chen
4966 El Camino Real #112
Los Altos, CA 94022


Statcomm, Inc.
939 San Rafael Ave
Mountain View, CA 94043


Sunshine Valley, LLC
c/o Paracorp Incorporated
2804 Gateway Oaks Drive #200
Sacramento, CA 95833

United Security Investors
301 N Cañon Dr #207
Beverly Hills, CA 90210


Washe LLC
702 Marshall Street #500
Redwood City, CA 94063

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **David B. Golubchik**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>(310) 229-1234<br>California State Bar Number: **185520** | |
| ☒ *Attorney for:* | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

</div>

| In re:<br>    **544 San Antonio Road LLC**<br><br><br><br><br>                                                                 Debtor(s),<br><br>                                                                 Plaintiff(s),<br><br><br><br><br><br>                                                                 Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11**<br><br><br>**CORPORATE OWNERSHIP STATEMENT**<br>**PURSUANT TO  FRBP 1007(a)(1)**<br>**and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in *a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,  __Benjamin Kirk_____ , the undersigned in the above-captioned case, hereby declare
         *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:
  ☐ I am the president or other officer or an authorized agent of the Debtor corporation
  ☐ I am a party to an adversary proceeding
  ☐ I am a party to a contested matter
  ■ I am the attorney for the Debtor corporation

2.a. ■ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any
  class of the corporation's(s') equity interests:
  See Addendum

 b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

<u>March  9, 2015</u>        By: 
Date               Signature of Debtor, or attorney for Debtor

                Name: **Benjamin Kirk**
                       Printed name of Debtor, or attorney for
                       Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                      **F 1007-4.CORP.OWNERSHIP.STMT**

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

Sunshine Valley, LLC
c/o Paracorp Incorporated
2804 Gateway Oaks Drive #200
Sacramento, CA 95833

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **David B. Golubchik**<br>**Levene, Neale, Bender, Yoo & Brill LLP**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>**185520**<br><br>☐ Attorney for: | |

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>    **544 San Antonio Road LLC**<br><br>                                              Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
## (CORPORATION/PARTNERSHIP)

|  |  |  |
|---|---|---|
| ☒ | Petition, statement of affairs, schedules or lists | Date Filed: __**March 3, 2015**__ |
| ☐ | Amendments to the petition, statement of affairs, schedules or lists | Date Filed: _____ |
| ☐ | Other: _____ | Date Filed: _____ |

**PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____          __**March 9, 2015**_____
*Signature of Authorized Signatory of Filing Party*          Date

**Benjamin Kirk**_____
*Printed Name of Authorized Signatory of Filing Party*

**Manager**_____
*Title of Authorized Signatory of Filing Party*

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____          __**March 9, 2015**_____
*Signature of Attorney for Filing Party*          Date

**David B. Golubchik 185520**_____
*Printed Name of Attorney for Filing Party*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*